| | |
|---|---|
| **LITE DEPALMA GREENBERG, LLC**<br>Bruce D. Greenberg<br>Two Gateway Center, Suite 1201<br>Newark, New Jersey 07102<br>Tel: 973-623-3000<br>bgreenberg@litedepalma.com<br><br>*Attorneys for Plaintiffs* | **BLANK ROME LLP**<br>Stephen M. Orlofsky<br>301 Carnegie Center, 3rd Floor<br>Princeton, NJ 08540<br>Tel: 609-750-2646<br>orlofsky@blankrome.com<br><br>*Attorneys for Defendant* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re General Mills, Inc. Kix Cereal Litigation | Civil Action No. 12-cv-00249-KM-MCA<br><br>THIS FILING RELATES TO:<br><br>Civil Action No. 12-cv-03567-KM-MCA<br>(*Pfeifer v. General Mills*)<br><br>**STIPULATION TO FILE SECOND AMENDED CLASS ACTION COMPLAINT AND TO DISMISS PLAINTIFF MINDI PFEIFER'S CLAIMS WITHOUT PREJUDICE (FRCP 15(a), 41(a))** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs Mindi Levins Pfeifer and Christine Zardeneta (collectively, "Plaintiffs"), and Defendant General Mills, Inc. ("Defendant"), by and through their counsel of record, stipulate to amend the Complaint in Case No. 12-cv-03567, consolidated with the above-entitled action, in order to substitute Ms. Zardeneta for Ms. Pfeifer as named Plaintiff. The Second Amended Complaint for Case No. 12-cv-03567 is attached hereto.

Plaintiffs and Defendant further stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismissal of Ms. Pfeifer's individual claims in this action, without prejudice.

Dated: May 13, 2013

**LITE DEPALMA GREENBERG, LLC**

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
973-623-3000
bgreenberg@litedepalma.com

**AHDOOT & WOLFSON, PC**
Tina Wolfson (admitted *pro hac vice*)
Robert Ahdoot (admitted *pro hac vice*)
Theodore W. Maya (admitted *pro hac vice*)
Bradley K. King (admitted *pro hac vice*)
10850 Wilshire Blvd., Suite 370
Los Angeles, California 90024
Telephone: 310-474-9111
Facsimile: 310-474-8585

*Attorneys for Plaintiffs,*
*Mindi Levins Pfeifer and Christine Zardeneta*

359544.1

2

Dated: May 13, 2013

**BLANK ROME LLP**

/s/ *Stephen M. Orlofsky*
Stephen M. Orlofsky
David C. Kistler
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
Telephone: 609-750-2646
Facsimile: 609-897-7286

**PERKINS COIE LLP**
David T. Biderman (admitted *pro hac vice*)
4 Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: 415-344-7000
Facsimile: 415-344-7050

Charles C. Sipos (admitted *pro hac vice*)
Joseph M. McMillan (admitted *pro hac vice*)
Kathleen M. O'Sullivan (admitted *pro hac vice*)
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206-359-8000
Facsimile: 206-359-9000

*Attorneys for Defendant, General Mills, Inc.*

SO ORDERED
Kevin McNulty, U.S.D.J.
Date: 5/29/2013

3

359544.1