**PERKINS COIE LLP**
David T. Biderman (*Admitted Pro Hac Vice*)
4 Embarcadero Center, Suite 2400
San Francisco, CA 94111
Phone: 415-344-7000
Fax: 415-344-7050

Charles C. Sipos (*Admitted Pro Hac Vice*)
1201 Third Avenue, Suite 4800
Seattle, WA  98101
Phone:  206-359-8000
Fax:  206-359-9000

**BLANK ROME LLP**
Stephen M. Orlofsky
David C. Kistler
New Jersey Resident Partners
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
Phone:  609-750-2646
Fax:  609-897-7286

Attorneys for Defendant General Mills, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE GENERAL MILLS, INC. KIX CEREAL LITIGATION | Case No. 2:12-cv-03567<br><br>(Consolidated with Case Nos. 2:12-cv-02886 and 2:12-cv-00249-KM-MCA)<br><br>**DEFENDANT GENERAL MILLS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>**Electronically Filed** |

Pursuant to Federal Rule of Civil Procedure 7.1, General Mills, Inc. discloses that it is a nongovernmental corporate party, that it has no parent corporation, and no publicly held company owns 10% or more of the party's stock.

-1-

134514.00602/50602896v.1

DATED:  May 30, 2014

**BLANK ROME LLP**

By  *s/ Stephen M. Orlofsky*
Stephen M. Orlofsky
David C. Kistler

**PERKINS COIE LLP**
David T. Biderman (*Admitted Pro Hac Vice*)
Charles C. Sipos (*Admitted Pro Hac Vice*)

Attorneys for Defendant General Mills, Inc.